**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1344

JUDY A. ATKINS,

Plaintiff - Appellant,

v.

SMYTH COUNTY VIRGINIA SCHOOL BOARD; KEVIN LEONARD,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (1:18-cv-00048-JPJ-PMS)

Submitted:  October 13, 2022                                 Decided:  October 17, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Judy A. Atkins, Appellant Pro Se.  Jennifer Royer, ROYER LAW FIRM, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judy A. Atkins appeals the district court's judgment entered in Defendants' favor after the court granted Defendants' summary judgment motion on Atkins' sexual harassment claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and declined to exercise supplemental jurisdiction over Atkins' state law assault claim, thereby dismissing that claim without prejudice.[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Atkins' informal brief does not challenge the basis for the district court's dispositions, she has forfeited appellate review of the court's dispositive orders. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court previously granted in part and denied in part Defendants' motion to dismiss Atkins' other claims.

2